UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                          Plaintiff,

           -against-

TODD PATRICK DONOHUE,

                          Defendant.

**ORDER**

22-CR-00637 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

        The parties are directed to, by November 2, 2023, file a letter via ECF setting forth their positions with respect to the hearing scheduled for November 6, 2023 at 3:30 p.m. in Courtroom 520 of the White Plains courthouse.

**SO ORDERED.**

Dated:   White Plains, New York
           October 31, 2023

                                                                PHILIP M. HALPERN
                                                            United States District Judge