UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>TODD PATRICK DONOHUE<br><br>*Defendant.* | [~~Proposed~~] **Release Order**<br><br>**22 Cr. 637 (PMH)** |

WHEREAS, on or about January 11, 2023, the U.S. Probation Department submitted a violation report accusing the defendant, Todd Patrick Donohue, of six specified violations of the terms of his supervision;

WHEREAS, on or about January 12, 2023, the Court issued a warrant for Donohue's arrest;

WHEREAS, on or about October 12, 2023, Donohue was arrested and arraigned on the six specified violations of the terms of his supervision;

WHEREAS, following his arraignment, Donohue consented to detention;

WHEREAS, Donohue and the Government agree that Donohue should receive inpatient treatment for a substance abuse issue;

WHEREAS, Donohue has been accepted into an inpatient treatment program operated by Samaritan Daytop Village; and

WHEREAS, a bail hearing was scheduled in this matter for November 30, 2023;

IT IS HEREBY ORDERED that Donohue is released from custody, pursuant to Federal Rule Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), on the condition that he be transferred directly from federal custody to the care of Samaritan Daytop Village to participate

08.02.2023

and successfully complete an inpatient rehabilitation substance abuse treatment program for a minimum period of six months.

SO ORDERED:

Dated: White Plains, New York
November 30, 2023

_____
HON. VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE