UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **ORDER**
                                  :
TODD DONOHUE,                     :     7:22-cr-00637-PMH
                  Defendant.      :
                                  :
-------------------------------------------------------------x

A VOSR status conference in this matter is currently scheduled for February 5, 2024 at 10:00 a.m. On January 22, 2024, the Government notified the Court that Defendant's whereabouts are currently unknown. The Parties are directed to provide the Court with an update on Defendant's whereabouts by February 1, 2024 so that the Court can determine whether to proceed with the conference.

**SO ORDERED:**

Dated: White Plains, New York
       January 23, 2024

                                          _____
                                          Philip M. Halpern
                                          United States District Judge