UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA          :
                                  :
v.                                :          **RESCHEDULING ORDER**
                                  :
TODD PATRICK DONOHUE,             :          7:22-cr-00637-PMH
                                  :
                    Defendant.    :
-------------------------------------------------------------x

A VOSR hearing was scheduled for February 26, 2024. The U.S. Marshals informed the Court this morning that Mr. Donohue would not be transported to the hearing due to an illness. The VOSR hearing is rescheduled to April 8, 2024 at 10:30 a.m. in Courtroom 520 of the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced at that time.

By April 1, 2024, counsel shall file a status letter including their positions concerning the anticipated plea and sentencing and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the hearing.

**SO ORDERED:**

Dated: White Plains, New York
       February 26, 2024

_____

Philip M. Halpern
United States District Judge