

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 15, 2024

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: *United States v. Todd Patrick Donohue*, 22 Cr. 637 (PMH)

Dear Judge Halpern:

  The Government writes in response to the Court's May 14, 2024 order, which directed the Government to notify the Court whether it objects to the Defendant's proposed medical order (Doc. 20-1). Defense counsel provided the Government with a copy of the proposed order before it was filed, and the Government notified defense counsel that the Government has no objections to the order. Accordingly, the Government does not oppose the Court's entry of the proposed order.

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney

    by:    /s/ David A. Markewitz
          David A. Markewitz
          Assistant United States Attorney
          (914) 993-1920

cc: Counsel of Record (by ECF)