UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-                      **ORDER**

TODD DONOHUE,                             22 Cr. 637 (PMH)

          Defendant.
------------------------------------------------------------x

WHEREAS, on or about May 9, 2024, the defendant, Todd Patrick Donohue, was sentenced to nine months' imprisonment following the revocation of his term of supervised release;

WHEREAS, while the revocation proceedings were pending, Donohue was detained at, among other locations, the Westchester County Jail;

WHEREAS, Donohue advised the Court that while detained at the Westchester County Jail, he received mental health and substance abuse treatment in both group and individual programs, as well as a medication regimen; and

WHEREAS, Donohue also advised the Court that the treatment he received while at Westchester County Jail was helpful in addressing his health issues.

IT IS HEREBY ORDERED that the Bureau of Prisons shall perform a medical evaluation of Donohue and provide any treatment that is determined to be medically warranted, including mental health and substance abuse treatment, as well as a medication regimen.

Dated: White Plains, New York
May 15, 2024

_____
Hon. Philip M. Halpern
United States District Judge